IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02889-REB-MJW

ABDULLAH KRU AMIN,

Plaintiff,

v.

IVETT RUIZ, A.V.C.F., Colo. Dept. Corr., Mental Health,
MS. MACKINNON, SOTMP, C.D.O.C.,
DON BOYER, Colo. Classification Interstate Compact,
CARL VOIGTSBERGER, Wyo. Classification Interstate Compact, and
RON LAMPERT, Director, Wyoming Department of Corrections,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Wyoming Defendants' Joinder in Colorado's Motion to Dismiss (Docket No. 48) is GRANTED.

It is FURTHER ORDERED that plaintiff shall have up to and including May 9, 2013 to file any response to the additional arguments found in the Wyoming Defendants' Joinder in Colorado's Motion to Dismiss (Docket No. 48).

Date: April 19, 2013