IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02889-REB-MJW

ABDULLAH KRU AMIN,

Plaintiff,

v.

IVETT RUIZ, A.V.C.F., Colo. Dept. Corr., Mental Health,
MS. MACKINNON, SOTMP, C.D.O.C.,
DON BOYER, Colo. Classification Interstate Compact,
CARL VOIGTSBERGER, Wyo. Classification Interstate Compact, and
RON LAMPERT, Director, Wyoming Department of Corrections,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that attorney Thomas Rumpke's Motion to Withdraw (Docket No. 51) is GRANTED. Mr. Rumpke shall be permitted to withdraw as counsel for Defendants Robert Lampert and Carl Voigtsberger. The Clerk is directed to remove Mr. Rumpke from electronic notification in this matter.

Date: April 19, 2013