IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02889-RM-MJW

ABDULLAH KRU AMIN,

Plaintiff,

v.

IVETT RUIZ, A.V.C.F., Colo. Dept. Corr., Mental Health,
MS. MACKINNON, SOTMP, C.D.O.C.,
DON BOYER, Colo. Classification Interstate Compact,
CARL VOIGTSBERGER, Wyo. Classification Interstate Compact, and
ROB LAMPERT, Director, Wyoming Department of Corrections,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Wyoming Defendants' Joinder in Colorado Defendants' Reply to Response (Docket No. 61) is GRANTED.  The Wyoming Defendants shall be permitted to join in the Colorado Defendants' Reply to Response to their Motion to Dismiss (Docket No. 60).

Date: May 10, 2013