**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-02889-RM-MJW

ABDULLAH KRU AMIN,

    Plaintiff,

v.

IVETT RUIZ, A.V.C.F., Colo. Dept. Corr. Mental Health,
MS. MACKINNON, SOTMP, C.D.O.C.,
DON BOYER, Colo. Classification Interstate Compact,
CARL VOIGTSBERGER, Wyo. Classification Interstate Compact, and
RON LAMPERT, Director, Wyoming Department of Corrections,

    Defendants.

---

**ORDER ADOPTING
MAY 9, 2013 RECOMMENDATION THAT THE CLAIMS
AGAINST DEFENDANT DON BOYER BE DISMISSED (ECF No. 66)**

---

THIS MATTER is before the Court on United States Magistrate Judge Michael J. Watanabe's ("Magistrate Judge") May 9, 2013 Recommendation that the Claims Against Defendant Don Boyer be Dismissed ("Recommendation") (ECF No. 66). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. To date, no party has filed any objections to the Recommendation.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error of law or abuse of discretion. *See* FED. R. CIV. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there

is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, it is

**ORDERED** that:

1. The Magistrate Judge's Recommendation (ECF No. 66) is **ADOPTED** in its entirety and made an order of this Court; and

2. Plaintiff's claims against Defendant Don Boyer are dismissed without prejudice and Defendant Don Boyer's name shall be removed from the caption of this action.

DATED this 12th day of June, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge