IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02889-RM-MJW

ABDULLAH KRU AMIN,

Plaintiff,

v.

IVETT RUIZ, A.V.C.F., Colo. Dept. Corr., Mental Health,
MS. MACKINNON, SOTMP, C.D.O.C.,
CARL VOIGTSBERGER, Wyo. Classification Interstate Compact, and
ROB LAMPERT, Director, Wyoming Department of Corrections,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the CDOC Defendants' Joint to Stay the Dispositive Motions Deadline (docket no. 92) is DENIED WITHOUT PREJUDICE.  If Judge Moore does not issue a ruling on the Unrepresented Incarcerated Plaintiff's Objections to Magistrate Judge Watanabe's Recommendation (docket no. 91) by September 20, 2013 then the CDOC Defendants may renew this motion.  Magistrate Judge Watanabe's Recommendation concerns CDOC Defendants' Motion to Dismiss (docket no. 42) and includes an Order on Plaintiff's Motion to Amend (docket no. 74).  See docket no. 89.

Date: August 20, 2013