**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-02889-RM-MJW

ABDULLAH KRU AMIN,

    Plaintiff,

v.

CARL VOIGTSBERGER, Wyo. Classification Interstate Compact, and
RON LAMPERT, Director, Wyoming Department of Corrections,

    Defendants.

_____

**ORDER RE
DEFENDANTS CARL VOIGTSBERGER AND RON LAMPERT'S
MOTION TO CLARIFY (ECF NO. 97)**
_____

THIS MATTER is before the Court on Defendants Carl Voigtsberger and Ron Lampert's Motion to Clarify ("Motion") (ECF No. 97). Upon consideration of the Motion and being otherwise fully advised in the premises, for the reasons stated in this Court's Order (ECF No. 96) adopting the Magistrate Judge's June 24, 2013 Recommendation (ECF No. 89), it is

    **ORDERED** that:

    1.    Defendants Carl Voigtsberger and Ron Lampert's Motion (ECF No. 97) is **GRANTED**;

    2.    Defendants Carl Voigtsberger and Ron Lampert's Motion to Dismiss (ECF No. 48) is **GRANTED**;

    3.    Plaintiff's Amended Prisoner Complaint is dismissed **with prejudice** in its entirety; and

4. The Clerk of the Court shall enter judgment in favor of Defendants Carl Voigtsberger and Ron Lampert, with all parties to bear their own attorney's fees and costs.

DATED this 20th day of September, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge