**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 12-cv-02889-RM-MJW

ABDULLAH KRU AMIN,

    Plaintiff,

v.

CARL VOIGTSBERGER, Wyo. Classification Interstate Compact;
RON LAMPERT, Director, Wyoming Department of Corrections;
IVETT RUIZ, A.V.C.F., Colo. Dept. Corr. Mental Health; and
MS. MACKINNON, SOTMP, C.D.O.C.,

    Defendants.

___

**ORDER**
___

THIS MATTER is before the Court on remand from the Tenth Circuit Court of Appeals. The Tenth Circuit's mandate provides: "The Eleventh Amendment creates a jurisdictional bar on the official capacity claims for damages. Thus, we remand with instructions to dismiss these claims without prejudice. We affirm the dismissal with prejudice on the remaining claims."

In conformity with the mandate on remand, it is hereby ORDERED that the Court's Orders dated September 16, 2013 (ECF No. 96) and dated September 20, 2013 (ECF No. 99) are hereby amended to state that: (1) Plaintiff's official capacity claims for damages against

Defendants are DISMISSED WITHOUT PREJUDICE; and (2) Plaintiff's remaining claims against Defendants are DISMISSED WITH PREJUDICE.

DATED this 21st day of April, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge